John M. Eickelberg, OSB# 882025
Email: john.eickelberg@farmers.com
LAW OFFICES OF JULIE D. ELKINS
10200 SW Greenburg Rd., Ste. 365
Portland, OR 97223
Telephone: (503) 892-2069
Facsimile: (503) 245-3191

    Of Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ROBERT G HUBBARD, JR.**, <br><br>    Plaintiff, <br><br>v. <br><br>**JANET GARDNER**, <br><br>    Defendant. | Case No. 3:l7-cv-00450-JR <br><br> ORDER FOR ENTRY OF SATISFACTION OF JUDGMENT <br><br> (Assigned to Honorable Jolie A. Russo) |

Based on defendant's Motion for Entry of Satisfaction of Judgment and the exhibits provided therewith, the $300 judgment entered in favor of plaintiff following trial has been fully satisfied by defendant. It is hereby Ordered and Adjudged that the

///

///

///

Page 1 - ORDER FOR ENTRY OF SATISFACTION OF JUDGMENT

court's docketing system should show that the $300 judgment in plaintiff's favor has been fully satisfied by defendant.

Signed: November 18, 2019.

By: *Jolie A. Russo*
Honorable Jolie A. Russo
United States District Court

Page 2 - ORDER FOR ENTRY OF SATISFACTION OF JUDGMENT

LAW OFFICES OF JULIE D. ELKINS
Not a Partnership*

**Portland Office**:
**Physical Address:**
10200 SW Greenburg Rd., Ste. 365
Portland, OR 97223
Telephone: (503) 245-3211
Facsimile: (503) 245-3191

**Mailing Address for both offices:**
PO Box 258829
Oklahoma City, OK 73125-8829
* Litigation Division: Farmers Insurance Group of Companies®

**Eugene Office:**
**Physical Address:**
450 Country Club Road, Suite 250
Eugene, OR 97401
Telephone: (541) 225-2900
Facsimile: (541) 225-2918